UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00088-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TOMMY RAY JACKSON, JR. | |

On motion of the Defendant, Tommy Ray Jackson, Jr., and for good cause shown, it is hereby ORDERED that DE 32 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 8th day of January 2018.

MALCOLM J. HOWARD
Senior United States District Judge