IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-88-H

UNITED STATES OF AMERICA,

v.                                                 **ORDER**

TOMMY RAY JACKSON, JR.,

Defendant.

This matter is before the court on defendant's motion for copies of his court docket sheet, judgment, plea agreement and sentencing transcript(s). Defendant alleges he has no funds and requests that the court send him copies free of charge.

Federal inmates are not entitled to documents and materials at government expense for collateral attacks on their convictions, absent some showing of a particularized need. United States v. MacCollum, 426 U.S. 317, 326-27 (1976); United States v. Gallo, 849 F.2d 607 (Table), 1988 WL 60934, at *1 (4th Cir. May 31, 1988) ("Copies of transcripts and court records may be provided to an indigent litigant at government expense upon a showing by the litigant of a particularized need."). "An indigent is not entitled to free copies 'merely to comb the record in the hope of discovering some flaw.'" Gallo, 1988 WL 60934 at *1

(quoting <u>United States v. Glass</u>, 317 F.2d 200, 202 (4th Cir. 1963)).

Defendant has not shown a particularized need for a transcript. The clerk has informed defendant by letter dated April 24, 2018, DE #42 the cost of receiving copies of his record and whom to contact with the request. For the foregoing reasons, defendant's motion [DE #45] is DENIED.

This ___31st___ day of July 2018.


_____
Malcolm J. Howard
Senior United States District Judge


At Greenville, NC
#26